690-15

# ELECTRONIC RECORD

COA # 03-15-00104-CR        OFFENSE: 10.02

STYLE: Steven Hernandez v. The State of Texas        COUNTY: Hays

COA DISPOSITION: AFFIRMED        TRIAL COURT: 22nd District Court

DATE: 05/27/15        Publish: YES  TC CASE #: CR-15-0015-HC

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Steven Hernandez v. The State of Texas        CCA #: 690-15

_APPELLANT'S_ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

Refused        JUDGE: _____

DATE: June 24, 2015        SIGNED: _____        PC: _____

JUDGE: PC        PUBLISH: _____        DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD